REC'D JUN 26 2020

23 Jun 2020

The honorable Judge Rush, 6:20-CR-3036

I Curtis Baldwin am requesting an ineffective assistance of councel hearing (2255). My current public defender Ian Lewis is failing to represent me properly. I am requesting the assistance of the court to replace him.

I am respectfully begging the court to appoint Erica Myrarch as my defense lawyer for my case.

Respectfully

Curtis Baldwin

Greene County # 296938
CFN